UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HUNG GIA HOANG,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-01284-FLA (MAR)

**ORDER ACCEPTING AS MODIFIED FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 16]**

Pursuant to 28 U.S.C. § 636, the court has reviewed Petitioner Hung Gia Hoang's ("Petitioner," A# 025-009-230) Petition for Writ of Habeas Corpus ("Petition," Dkt. 1), all relevant portions of the docket, and the Report and Recommendation of the United States Magistrate Judge ("Report," Dkt. 16). No objections have been filed.

Accordingly, the Court ACCEPTS and ADOPTS the findings and recommendation of the Magistrate Judge as modified, GRANTS the Petition, and ORDERS:

1. Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner without strict compliance with the requirements of due process and all applicable statutes and regulations;
2. Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner to effectuate his removal to the Socialist Republic of Viet Nam ("Vietnam"), pursuant to the final order of removal, unless Respondents first obtain travel documents for Petitioner or Vietnam's consent to receive Petitioner without travel documents; and
3. Before attempting to remove Petitioner to any country other than Vietnam, Respondents must first provide Petitioner with written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b).

IT IS SO ORDERED.

Dated: November 17, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge