JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HUNG GIA HOANG,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-01284-FLA (MAR)

**JUDGMENT**

Pursuant to the Order Accepting as Modified Findings and Recommendation of United States Magistrate Judge, the court hereby GRANTS the Petition and ENTERS Judgment in Petitioner Hung Gia Hoang's (A# 025-009-230) favor.

IT IS SO ORDERED.

Dated: November 17, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge